**Order filed May 24, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00756-CV**
**NO. 14-11-00757-CV**
**NO. 14-11-00758-CV**
**NO. 14-11-00759-CV**
_____

**NATHANIEL JONES, III, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, ET AL, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2010-50804, 2010-50601, 2010-50602, and 2010-50603**

---

## O R D E R

These appeals are from judgments signed August 15, 2011. The clerk's records were filed in October 2011. No reporter's record was taken. As of this date, appellant's brief has not been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **June 25, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM